UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: EDCR19-0405-JGB |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| JORGE LUIS CORONA, ) | U.S.C. § 3143(a)(1)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

1

1        (X)    information in the violation petition and report(s)

2        ( )    the defendant's nonobjection to detention at this time

3        (X)    other: allegation of absconding from supervision, insufficient bail

4                   resources, substance abuse, new arrest and alleged criminal conduct____

5        and/ or

6  B. ( ) The defendant has not met his/her burden of establishing by clear and convincing

7        evidence that he/she is not likely to pose a danger to the safety of any other

8        person or the community if released under 18 U.S.C. § 3142(b) or (c).   This

9        finding is based on the following:

10       ( )    information in the Pretrial Services Report and Recommendation

11       ( )    information in the violation petition and report(s)

12       ( )    the defendant's nonobjection to detention at this time

13       ( )    other: _____

14

15  IT THEREFORE IS ORDERED that the defendant be detained pending the further

16  revocation proceedings.

17

18  Dated: March 18, 2021

                                   _____

19                              KENLY KIYA KATO
                               United States Magistrate Judge

20

21

22

23

24

25

26

27

28